TRACY C. LEMMON, Bar No. 193372
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant,
Rickenbacker Group, Inc. dba Rickenbacker Collection Services

UNITED STATES DISTRICT COURT - ADR DEPARTMENT

NORTHERN DISTRICT OF CALIFORNIA

VIET QUOC TRAN,

        Plaintiff,

             vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; RICKENBACKER GROUP, INC., A
CALIFORNIA CORPORATION DBA
RICKENBACKER COLLECTION SERVICES,

        Defendants.

CASE NO. CV09-00915 - PJH

**STIPULATION AND ORDER TO MOVE
CASE MANAGEMENT CONFERENCE**

WHEREAS:

1.  Tracy Lemmon, counsel for Rickenbacker Group, Inc., has pre-paid travel vacation plans to leave San Francisco on Wednesday, July 1, returning Sunday, July 5, 2009, and

2.  Mark Anderson, counsel for Plaintiff, has conflicts on July 8 and 10, 2009,

3.  The parties stipulate to request that the Court reschedule the Case Management Conference currently scheduled for July 2, 2009 at 2:30 p.m. to July 9, 2009 or another date of the Court's convenience.

//

//

1

2  SO STIPULATED:

3

4  DATED: June 9, 2009                KEMNITZER, ANDERSON, BARRON, et al.

5                                     By: /s/_____
6                                         MARK F. ANDERSON
                                          Attorney for Plaintiff
7                                         Viet Quoc Tran

8  DATED: June 10, 2009               JONES DAY

9
                                      By: /s/_____
10                                        Eric J. Hardeman
                                          Attorney for Defendant
11                                        Experian Information Solutions, Inc.

12

13 DATED: June 16, 2009               BRAGG & KULUVAI

14

15                                    By: /s/_____
                                          Tracy C. Lemmon
16                                        Attorney for Defendant
                                          Rickenbacker Group, Inc.

17

18

19 SO ORDERED:

20 DATED:_____06/16_____, 2009   By:_____
21                                         JUDGE PHYLLIS J. HAMILTON
                                           United States District
22

23

24

25

26

27

28

STIPULATION AND ORDER TO MOVE CASE MANAGEMENT CONFERENCE        CV09-0915 - PJH