Eric J. Hardeman (State Bar No. 253489)
ejhardeman@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA  92614
Telephone:     (949) 553-7545
Facsimile:     (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEW QUOC TRAN,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; RICKENBACKER GROUP, INC., A CALIFORNIA CORPORATION DBA RICKENBACKER COLLECTION SERVICES,<br><br>   Defendants. | Case No. 3:09-cv-00915-PJH<br><br>[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS INC.'S REQUEST TO APPEAR AT THE MEDIATION BY TELEPHONE<br><br>Date: August 10, 2009<br>Time: 10:00 a.m. |

  Good cause appearing, IT IS HEREBY ORDERED THAT Defendant Experian Information Solutions, Inc.'s representative may participate via telephone in the Mediation of this matter scheduled for August 10, 2009.

Dated: July 17, 2009

By: _____
   Honorable Wayne D. Brazil

LAI-3034950v1