ANDERSON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
600 California Street, 18th Floor
San Francisco, CA 94108
Tel:    (415) 651-1951
Fax:   (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Viet Quoc Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET QUOC TRAN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al<br><br>Defendants. | No. C 09-00915 PJH<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC & RICKENBACKER GROUP, INC. |

Pursuant to FRCP 41(a) (1), plaintiff Viet Quoc Tran and defendants Experian Information Solutions, Inc. and Rickenbacker Group, Inc. stipulate to the dismissal of plaintiff's claims against Experian Information Solutions, Inc. and Rickenbacker Group, Inc. with prejudice.

Dated: February 19, 2010.

ANDERSON, OGILVIE & BREWER, LLP


/s/ Mark F Anderson
Mark F Anderson
Attorney for Viet Quoc Tran

P. 2 of Stipulation for Dismissal in *Viet Quoc Tran v Experian,* et al

Dated: February 19, 2010.

      /s/<u>Eric J Hardeman</u>
Eric J Hardeman
JONES DAY
3 Park Plaza
Irvine, CA 92614
Phone: (949) 553-7545
Fax: (949) 553-7539
email: ejhardeman@jonesday.com
Attorneys for Experian Information Solutions, Inc.

Dated: February 19, 2010.

/s/ <u>Tracy C Lemmon</u>
Tracy C Lemmon
Bragg & Kuluva
275 Battery Street, Ste 1100
San Francisco, CA 94111
Phone: (415) 273-6500
Fax: (415) 273-6535
Email: tlemmon@braggkuluva.com
Attorneys for Rickenbacker Group, Inc.