ANDERSON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
600 California Street, 18th Floor
San Francisco, CA 94108
Tel:   (415) 651-1951
Fax:   (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Viet Quoc Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET QUOC TRAN, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al <br><br> Defendants. | No. CV 09-0915 PJH <br><br> ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. & RICKENBACKER GROUP, INC. |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendants EXPERIAN INFORMATION SOLUTIONS, INC. and RICKENBACKER GROUP, INC. are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: February ~~19~~ 22, 2010.

_____
Judge of the United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Order for Dismissal of Claims in *Tran v Experian Info Solutions, Inc.*

1